**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-7419

———————

JOSEPH SLEDGE, JR.,

Petitioner - Appellant,

versus

STATE OF NORTH CAROLINA,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CA-99-666-5)

———————

Submitted:  January 13, 2000        Decided:  January 20, 2000

———————

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph Sledge, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.  See Local Rule 36(c).

PER CURIAM:

Joseph Sledge, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Sledge v. North Carolina, No. CA-99-666-5 (E.D.N.C. Oct. 6, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2